**Order entered November 30, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00034-CR

**ANTUAN SPENCER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F14-53001-Y**

## ORDER

On November 7, 2016, we entered an order that court reporter Vearneas Faggett not sit until she filed the reporter's record in this appeal. Because the reporter's record has now been filed, we **VACATE** that portion of our November 7, 2016 order that orders Vearneas Faggett not to sit.

We **DIRECT** the Clerk to transmit copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, Official Court Reporter, Criminal District Court No. 7; the Dallas County Auditor's Office; and to counsel for all parties.

/s/ ADA BROWN
JUSTICE